UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-02117-SVW-RAO | Date | January 26, 2024 |
|---|---|---|---|
| Title | United States of America et al v. Eric Bowlby et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER MOVING CASE TO THE INACTIVE CALENDAR

The case is taken off the active calendar in light of the bankruptcy. The parties shall notify the Court, in writing, when the case should be restored to the active calendar.

:

Initials of Preparer     PMC